UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GLENDA LOPEZ,

    Plaintiff,

    v.

REDDY, et al.,

    Defendants.

Case No. 13-cv-04396-JST

**ORDER TO TERMINATE ACTION FOR LACK OF SUBJECT MATTER JURISDICTION**

Re: ECF No. 2, 11

Plaintiff Glenda Lopez, proceeding pro se, brings this action against Defendants Drs. Reddy and Manshadi[1] for due process violations arising out of their purported failure to process a referral so that vascular surgery could be performed on her. ECF No. 1. On November 19, 2013, the Court dismissed the complaint with leave to amend under 28 U.S.C. § 1915(e)(2) for lack of subject matter jurisdiction. ECF No. 11. The Court permitted Lopez to file an amended complaint within thirty days of that order, or by December 18, 2013, establishing that this action can be heard in federal court. Id. at 3. As of the date of this order, Lopez has not filed an amended complaint. Accordingly, the Court hereby affirms its prior dismissal for lack of subject matter jurisdiction and orders the Clerk to terminate this action.

**IT IS SO ORDERED.**

Dated: January 17, 2014

    JON S. TIGAR
    United States District Judge

---

[1] Lopez does not allege the Defendants' full names.